UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-51 (RHK/JSM)

UNITED STATES OF AMERICA,

          Plaintiff,

v.

FRANKLIN DAVID KIRK,

          Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned. Mr. Kirk is back in District and the Government will be filing a Motion for Evaluation pursuant to 18 U.S.C. §4246

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: 8/26/11

Honorable Richard H. Kyle
United States District Court Judge